| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| **District of New Jersey** |
| (State) |
| Case number *(if known)*: _____    Chapter ___11___ |

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1.  Debtor's Name**          **1000 Acres Holdings, LLC**

**2.  All other names debtor used in the last 8 years**          **N/A**

Include any assumed names, trade names, and *doing business as* names

**3.  Debtor's federal Employer Identification Number** (EIN)          **81-1043826**

**4.  Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
| --- | --- |
| **50 Quality Street, #110357** | |
| Number          Street | Number          Street |
| | |
| | P.O. Box |
| **Trumbull**          **CT**          **06611** | |
| City          State     Zip Code | City          State     Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **Nassau** | |
| County | Number          Street |
| | |
| | City          State     Zip Code |

**5.  Debtor's website** (URL)          **https://damisholdings.com**

Debtor _____**1000 Acres Holdings, LLC**_____  Case number *(if known)* _____
     Name

---

**6.  Type of debtor**     ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

                  ☐ Partnership (excluding LLP)

                  ☐ Other. Specify: _____

---

**7.  Describe debtor's business**

A.  *Check One:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B.  *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**5313**

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11.  *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to) insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.

District _____  When _____ Case number _____
                           MM/DD/YYYY

District _____  When _____ Case number _____
                           MM/DD/YYYY

---

Debtor       **1000 Acres Holdings, LLC**                                   Case number *(if known)* _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☐ No
☒ Yes.   Debtor   **See Rider 1**                    Relationship   **Affiliate**

District   **New Jersey**

When   **06/04/2026**

Case number, if known _____     MM / DD / YYYY

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
Number       Street

_____
City                                  State      Zip Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors (on a consolidated basis)**

☐ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000      ☒ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

Debtor  **1000 Acres Holdings, LLC**                    Case number *(if known)*
_____
Name

| 15. **Estimated assets (on a consolidated basis)** | ☐ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☐ | $500,000,001-$1 billion |
|---|---|---|---|---|---|---|
| | ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☐ | $1,000,000,001-$10 billion |
| | ☐ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ | $10,000,000,001-$50 billion |
| | ☐ | $500,001-$1 million | ☒ | $100,000,001-$500 million | ☐ | More than $50 billion |

| 16. **Estimated liabilities (on a consolidated basis)** | ☐ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☒ | $500,000,001-$1 billion |
|---|---|---|---|---|---|---|
| | ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☐ | $1,000,000,001-$10 billion |
| | ☐ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ | $10,000,000,001-$50 billion |
| | ☐ | $500,001-$1 million | ☐ | $100,000,001-$500 million | ☐ | More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **06/04/2026**
_____
MM/ DD / YYYY

✖    */s/ Perry M. Mandarino*                    Perry M. Mandarino
_____                                          _____
Signature of authorized representative of debtor    Printed name

Title    **Chief Restructuring Officer**
_____

**18. Signature of attorney**

✖    */s/ Michael D. Sirota*            Date    **06/04/2026**
_____                                          _____
Signature of attorney for debtor                 MM/DD/YYYY

**Michael D. Sirota**
_____
Printed name

**Cole Schotz P.C.**
_____
Firm name

**25 Main Street**
_____
Number        Street

**Hackensack**                    **NJ**        **07601**
_____                           _____      _____
City                              State        ZIP Code

**(201) 489-3000**                **msirota@coleschotz.com**
_____                           _____
Contact phone                     Email address

**014321986**            **NJ**
_____                  _____
Bar number               State

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| 1000 Acres Holdings, LLC, | ) Case No. 26-[_____] (___) |
|  | ) |
| Debtor. | ) |
|  | ) |

**LIST OF EQUITY SECURITY HOLDERS**[1]

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Michael Shabsels | [Redacted] | 1% |
| Shabsels Gift LLC | [Redacted] | 49% |
| David Shabsels | [Redacted] | 50% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed indicate the record holder of such equity as of the date of commencement of the chapter 11 case.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| 1000 Acres Holdings, LLC, | ) Case No. 26-[_____] (___) |
| | ) |
| Debtor. | ) |
| | ) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Shabsels Gift LLC | 49% |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor Name</td><td>1000 Acres Holdings, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>**District of New Jersey**</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended Schedule

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒ Other document that requires a declaration **Corporate Ownership Statement and List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **06/04/2026** | **/s/ Perry M. Mandarino** |
|---|---|---|
| | MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | | **Perry M. Mandarino** |
| | | Printed name |
| | | **Chief Restructuring Officer** |
| | | Position or relationship to debtor |

_____

## JOINT UNANIMOUS WRITTEN CONSENT OF THE
## MANAGERS AND MEMBERS OF
## THE COMPANIES

_____

The undersigned, being the manager(s), as applicable (the "Managers"), and all of the members (the "Members", and together with the Manager, collectively, the "Company Persons"), as applicable, of the companies set forth on Schedule A hereto (each a "Company", and collectively, the "Companies") do hereby consent to and adopt the following resolutions as of this 4th day of June 2026:

Bankruptcy Filing; Retention of Professionals; Appointment of Independent Managers and Chief Restructuring Officer

**WHEREAS**, in light of the Companies' current financial condition, the Company Persons, on behalf of each of the Companies, have investigated, discussed and considered all options for addressing the Companies' financial challenges and, after consultation with the Companies' advisors, have concluded that it is in the best interests of the Companies, its creditors, employees and other interested parties that a petition be filed by the Companies seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, the Company Persons have determined that it is in the best interests of the Companies, its creditors, employees and other interested parties to appoint Perry Mandarino as Chief Restructuring Officer (the "CRO") of the Companies to oversee and manage the day-to-day business operations and all matters pertaining to the administration of the Chapter 11 case, subject to the oversight and ultimate authority of the Independent Managers (as defined below); and

**WHEREAS**, the Company Persons have further determined that it is in the best interests of the Companies, their creditors, employees and other interested parties that, immediately following the filing of petitions under the Bankruptcy Code, two (2) independent managers (each, an "Independent Manager" and collectively, the "Independent Managers") be appointed to serve as managers of each of the Companies, with ultimate decision-making authority over all affairs of each of the Companies; and

**NOW THEREFORE, BE IT**:

**RESOLVED**, that in the judgment of the Company Persons, it is desirable and in the best interests of each respective Company, its creditors, employees and other interested parties that a petition be filed by each such Company seeking relief under the Bankruptcy Code; and it is further

**RESOLVED**, that each Manager, in his capacity as Manager(s) of the Companies, as applicable, is hereby authorized, empowered and directed, in the name and on behalf of the Companies, to execute and verify a petition on behalf of the Company under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") at such time as said Manager executing the same shall determine; and it is further

**RESOLVED**, that the law firm of Cole Schotz P.C. ("Cole Schotz") be, and hereby is, authorized, directed, and empowered to represent the Companies as restructuring and bankruptcy counsel to represent and assist the Companies in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Companies' rights, including the preparation of pleadings and filings in the Chapter 11 case; and in connection therewith, the Manager(s) be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Companies to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Cole Schotz; and it is further

**RESOLVED**, that the financial advisory firm of B. Riley Securities, Inc. ("B. Riley") or such other financial advisory and investment banking firm as the CRO, in the CRO's discretion, determines, be, and hereby is, authorized, directed, and empowered to represent the Companies as financial restructuring adviser and as investment banker to represent and assist the Companies in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Companies' rights and obligations in connection with the Chapter 11 case; and in connection therewith, the Manager(s) be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Companies, to execute appropriate retention agreements, pay appropriate retainers, if required, prior to the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of such financial advisor and investment banker; and it is further

**RESOLVED**, that the firm of Kroll Restructuring Administration LLC ("Kroll") be, and hereby is, authorized, directed, and empowered to serve as the notice, claims, solicitation, balloting, and administrative agent in connection with the Chapter 11 case; and in connection therewith, the Manager(s) be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Companies to execute appropriate retention agreements, pay appropriate retainers, if required, prior to the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Kroll; and it is further

**RESOLVED**, that the Manager(s) be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Companies to employ any other individual and/or firm as professionals, consultants, financial advisors, or investment bankers to the Companies as are deemed necessary to represent and assist the Companies in carrying out their respective duties under the Bankruptcy Code and achieving a successful reorganization, and in connection therewith, the Manager(s) be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Companies to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the Chapter 11 Cases, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

**RESOLVED**, that Perry Mandarino be, and hereby is, appointed as Chief Restructuring Officer of each Company, and the CRO is hereby authorized and empowered to oversee and manage the day-to-day business operations of each Company and all matters pertaining to the administration and prosecution of the Chapter 11 case, including, without limitation, (a) the management of each such Company's day-to-day business operations, (b) the retention and supervision of professionals engaged by each Company, (c) all dealings with the Bankruptcy Court, creditors, any official or unofficial committees, the United States Trustee, and other parties in interest, (d) the execution and delivery of any and all agreements, instruments, motions,

applications, and other documents on behalf of each Company, and (e) such other actions as the CRO may deem necessary, proper, or desirable in connection with the restructuring, reorganization, or orderly liquidation of each Company, in each case subject to the oversight and ultimate authority of the Independent Managers and the applicable provisions of the Bankruptcy Code and orders of the Bankruptcy Court; and it is further

**RESOLVED**, that, effective immediately following the filing of petitions under the Bankruptcy Code, Bernard A. Katz and Jill Frizzley are hereby appointed as the Independent Managers of each Company, and each such Independent Manager shall serve as a manager of each such Company in accordance with the applicable organizational documents of such Company, as amended hereby, and the Independent Managers shall have ultimate decision-making authority over all affairs of such Company, including oversight of the CRO; and it is further

**RESOLVED**, that the Manager(s) are hereby authorized and directed to execute and deliver any amendments, restatements, or supplements to the operating agreements, limited liability company agreements, or other organizational documents of the Companies as may be necessary or appropriate to reflect the appointment of the Independent Managers and the CRO, including, without limitation, any amendments necessary to vest the Independent Managers and the CRO with their respective rights, powers, and authority as set forth herein; and it is further

**RESOLVED**, that the Companies shall indemnify and hold harmless each Independent Manager and the CRO to the fullest extent permitted by applicable law and the organizational documents of the Companies, as amended, from and against any and all claims, damages, losses, costs, and expenses (including reasonable attorneys' fees) arising out of or related to such person's service in such capacity; and it is further

**RESOLVED**, that the Companies are hereby authorized to employ and engage such other legal, accounting, financial and restructuring firms as it deems necessary, proper or desirable in connection with the successful prosecution of the Chapter 11 case; and it is further

**RESOLVED**, that the Manager(s) are hereby authorized, empowered and directed, in the name and on behalf of the Companies, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers and, in that connection, to employ and retain all assistance by legal counsel, accountants, financial advisors, liquidators and other professionals, and to take and perform any and all further acts and deeds deemed necessary, proper or desirable in connection with the successful prosecution of the Chapter 11 case; and it is further

**RESOLVED**, that the Manager(s) are hereby authorized, empowered and directed, in the name and on behalf of the Companies, to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents for the preservation of such entities and/or the value of the estate, and to take such action as in the judgment of such Manager shall be or become necessary, proper and desirable to effectuate the restructuring, reorganization, or orderly liquidation of the Companies' assets, as applicable.

Removal of Manager(s)

**WHEREAS**, the Members have determined that it is in each Company's best interests for the Manager(s) to be removed from their respective position as Manager of the Company, effective immediately following the filing of petitions under the Bankruptcy Code.

**NOW, THEREFORE, BE IT**:

**RESOLVED**, that, effective immediately following the filing of petitions under the Bankruptcy Code, each Manager is hereby removed from his position as Manager of the Companies, as applicable.

Omnibus Resolutions

**NOW, THEREFORE, BE IT**:

**RESOLVED**, that any and all past actions heretofore taken by any Company Person or officer of the Companies in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved; and it is further

**RESOLVED**, that this Written Consent shall serve in lieu of a special meeting of the Company Persons of the Companies and the undersigned hereby waives all requirements as to notice of a meeting; and it is further

**RESOLVED,** that this Written Consent may be executed in any number of counterparts, each of which shall be deemed an original and all of which taken together shall constitute one and the same instrument.

[SIGNATURE PAGE FOLLOWS]

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent of the Manager(s) of the Companies as of the date first set forth above.

### MANAGER OF THE FOLLOWING COMPANIES:

1101 EAST GLENDALE BOULEVARD REAL ESTATE LLC
11200 WEST FLORISSANT AVENUE LEASING LLC
1133 NORTHWEST L STREET REAL ESTATE LLC
12 CAMBRIDGE DRIVE LEASING LLC
1323 AUGUSTA WEST PARKWAY LEASING LLC
149 EMERALD STREET LEASING LLC
1600 EASTCHASE PARKWAY LEASING LLC
200 GREAT POND DRIVE LEASING LLC
200 GREAT POND DRIVE REAL ESTATE LLC
(CONNECTICUT)
201 CENTRE DRIVE LEASING LLC
2195 HARLEM ROAD LEASING LLC
2203 GRAND CANAL BOULEVARD LEASING LLC
2302 WINDSONG DRIVE LEASING LLC
250 PROGRESSIVE LEASING LLC
250 PROGRESSIVE REAL ESTATE LLC
2547 BRINDLE DRIVE REAL ESTATE LLC
2974 COPPERCREEK ROAD LEASING LLC
3413 TITTABAWASSEE ROAD LEASING LLC
400 GREENS ROAD LEASING LLC
4200 PARK AVENUE LEASING LLC
4328 BAY ROAD LEASING LLC
45 COMMERCE DRIVE LEASING LLC
4800 USH 280 REAL ESTATE LLC
771 CORPORATE DRIVE LEASING LLC
830 COUNTY ROAD 64 LEASING LLC
90 PLEASANT VALLEY STREET LEASING LLC
EAST HARTFORD PROPERTIES LEASING LLC
EAST HARTFORD PROPERTIES REAL ESTATE LLC
FAIRPLAIN PLAZA LEASING LLC
MATTESON CENTER LEASING LLC
MONTCLAIR CONDO HOLDINGS LLC
ROCKING HORSE RANCH LANDCO LLC
ROCKING HORSE RANCH OPERATINGCO LLC
SOUTH LOOP WEST LEASING LLC
SPLASHDOWN BEACH LANDCO LLC
SPLASHDOWN BEACH OPERATINGCO LLC
WOODLANDS EAGLE TIMBER LEASING LLC

By: */s/ Michael Shabsels*
Name: Michael Shabsels
Title:  Manager

**MANAGERS OF THE FOLLOWING COMPANIES:**

1000 ACRES HOLDINGS, LLC
WG OPERATINGCO LLC
SIMAD HOLDINGS LLC

By: */s/ Michael Shabsels*
Name: Michael Shabsels
Title:   Manager


By: */s/ Michael Shabsels*
Name: David Shabsels
Title:   Manager


**MEMBERS OF THE FOLLOWING COMPANIES:**

DAMIS HOLDINGS, LLC

By: */s/ Michael Shabsels*
Name: Michael Shabsels
Title:   Member

By: */s/ David Shabsels*
Name: David Shabsels
Title:   Member

SIMAD HOLDINGS LLC

By: */s/ David Shabsels*
Name: David Shabsels
Title:   Member

By: Shabsels Management LLC, its Member

By: */s/ Michael Shabsels*
Name: Michael Shabsels
Title:  Manager

## SCHEDULE A

### Companies

1. 1000 Acres Holdings, LLC (New York)
2. 1101 East Glendale Boulevard Real Estate LLC (Indiana)
3. 11200 West Florissant Avenue Leasing LLC (Missouri)
4. 1133 Northwest L Street Real Estate LLC (Indiana)
5. 12 Cambridge Drive Leasing LLC (Connecticut)
6. 1323 Augusta West Parkway Leasing LLC (Georgia)
7. 149 Emerald Street Leasing LLC (New Hampshire)
8. 1600 Eastchase Parkway Leasing LLC (Texas)
9. 200 Great Pond Drive Leasing LLC (Connecticut)
10. 200 Great Pond Drive Real Estate LLC (Connecticut)
11. 201 Centre Drive Leasing LLC (Virginia)
12. 2195 Harlem Road Leasing LLC (New York)
13. 2203 Grand Canal Boulevard Leasing LLC (California)
14. 2302 Windsong Drive Leasing LLC (Indiana)
15. 250 Progressive Leasing LLC (Ohio)
16. 250 Progressive Real Estate LLC (Ohio)
17. 2547 Brindle Drive Real Estate LLC (Pennsylvania)
18. 2974 Coppercreek Road Leasing LLC (Missouri)
19. 3413 Tittabawassee Road Leasing LLC (Michigan)
20. 400 Greens Road Leasing LLC (Texas)
21. 4200 Park Avenue Leasing LLC (Iowa)
22. 4328 Bay Road Leasing LLC (Michigan)
23. 45 Commerce Drive Leasing LLC (Maine)
24. 4800 USH 280 Real Estate LLC (Alabama)
25. 771 Corporate Drive Leasing LLC (Kentucky)
26. 830 County Road 64 Leasing LLC (New York)
27. 90 Pleasant Valley Street Leasing LLC (Massachusetts)
28. East Hartford Properties Leasing LLC (Connecticut)
29. East Hartford Properties Real Estate LLC (Connecticut)
30. Fairplain Plaza Leasing LLC (Michigan)
31. Matteson Center Leasing LLC (Illinois)
32. Montclair Condo Holdings LLC (New Jersey)
33. Rocking Horse Ranch Landco LLC (New York)
34. Rocking Horse Ranch Operatingco LLC (New York)
35. South Loop West Leasing LLC (Texas)
36. Splashdown Beach Landco LLC (New York)
37. Splashdown Beach Operatingco LLC (New York)
38. WG Operatingco LLC (Pennsylvania)
39. Woodlands Eagle Timber Leasing LLC (Iowa)